IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 2:21-cr-030 |
| | ) |
| AUGUSTUS ABUDO | ) |

### ORDER OF DISMISSAL

Currently before the Court is the Government's Motion for Order of Dismissal. In its motion, the Government requests pursuant to Federal Rule of Criminal Procedure 48(a) that the Court dismiss without prejudice the indictment in this case as to Defendant Augustus Abudo. After careful consideration, the Government's motion is **GRANTED** and the indictment in this case is **DISMISSED WITHOUT PREJUDICE** with respect to Defendant.

So ordered, this ___ day of September 2025.

_____
HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA